1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  PATRICK CONNALLY
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 PATRICK CONNALLY, an individual; and )   CASE NO. C07–5151-WHA
   DISABILITY RIGHTS, ENFORCEMENT, )
12 EDUCATION, SERVICES:HELPING YOU )        **RETURN OF SERVICE RE DEFENDANT**
   HELP OTHERS, a California public benefit )  **ROBERT LOUIS STEVENSON PLAZA**
13 corporation,                          )   **ASSOCIATION**
                                         )
14      Plaintiffs,                      )
                                         )
15 v.                                    )
                                         )
16 ROBERT LOUIS STEVENSON PLAZA  )
   ASSOCIATION,                          )
17                                       )
        Defendant.                       )
18                                       )

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>LEHMAN AND LEHMAN | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al
Defendant: ROBERT LOUIS STEVENSON PLAZA ASSOCIATION

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5151 WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Clerk's Notice Scheduling Case Management Conference; Welcome To The U.S. District Court; Public Notice; Drop Box Filing Procedures; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: ROBERT LOUIS STEVENSON PLAZA ASSOCIATION
   b. Person served: ERIC LEHMAN, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 1700 - 2ND STREET
   SUITE 344
   NAPA, CA 94558

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Nov. 07, 2007 (2) at: 11:30AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ROBERT LOUIS STEVENSON PLAZA ASSOCIATION
   Other: BUSINESS FORM ORGANIZATION UNKNOWN

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SHANNON ROUSE                                 d. The Fee for Service was:
                                                    e. I am: (3) registered California process server
   First Legal Support Services                        (i) Owner
   ATTORNEY SERVICES                                   (ii) Registration No.: S-2804
   1511 BEVERLY BOULEVARD                              (iii) County: Napa
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Nov. 09, 2007

   Judicial Council Form POS-010         PROOF OF SERVICE                    (SHANNON ROUSE)
   Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                                6382707.thofr-fg.96650

# CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANT ROBERT LOUIS STEVENSON PLAZA ASSOCIATION**

on the interested parties in this action, conveyed as follows:

☒ By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.
I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco.

addressed to:

Eric Lehman, Agent
Robert Louis Stevenson Plaza Assoc.
1700 2nd Street, Suite 344
Napa, CA 94558

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed December 13, 2007, at San Francisco, California.

_____
Armetrice Cooper
(Original signed)