THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT LOUIS STEVENSON PLAZA ASSOCIATION,<br><br>　　　　Defendant. | **CASE NO. C07–5151-WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant ROBERT LOUIS STEVENSON PLAZA ASSOCIATION, through its undersigned counsel, respectfully request and stipulate as follows:

　　　1.　　Defendant recently filed its Answer to the Complaint on February 15, 2008;

　　　2.　　The parties have agreed to a site inspection on March 12, 2008, in order to begin discussing a resolution of this matter;

　　　3.　　A Case Management Conference is currently set for March 13, 2008.

///

4. Therefore, the parties hereby stipulate to, and respectfully request a continuance of the Case Management Conference from March 13, 2008, for a period of forty-five days (45) days to allow the parties to exhaust settlement and mediation efforts.

The foregoing is in the best interests of the parties.

Dated: March 6, 2008                THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By:   /s/
                                          Thomas E. Frankovich
                                    Attorneys for Plaintiffs PATRICK CONNALLY and
                                    DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                    SERVICES:HELPING YOU HELP OTHERS, a California
                                    public benefit corporation

Dated: March 5, 2008                DICKENSON, PEATMAN & FOGARTY


                                    By:   /s/
                                          Brandon R. Blevans
                                    Attorneys for Defendant ROBERT LOUIS STEVENSON
                                    PLAZA ASSOCIATION

## **ORDER**

IT IS SO ORDERED that the Case Management Conference set for March 13, 2008, is continued to _____, 2008, at 11:00 a.m. The parties shall file a Joint Case Management Statement at no later than seven days prior to the Conference.

Dated: _____, 2008       _____
                                          Hon. William H. Alsup
                                    UNITED STATES DISTRICT JUDGE