IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. STEVENSON PLAZA ASSOC.,<br><br>Defendant. | No. C 07-05151 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** delaying the case management conference for forty-five (45) days.

**IT IS SO ORDERED.**

Dated: March 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE