UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>March 13, 2008</u>

Case No.  <u>C 07-5151WHA</u>

Title: PATRICK CONNALLY v. ROBERT L. STEVENSON PLAZA ASSOC.

Plaintiff Attorneys:    Thomas Frankovich

Defense Attorneys:     Brandon Blevans

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)     Initial Case Management Conference - Held.

2)

**ORDERED AFTER HEARING:**   Case Referred to ADR for Mediation.   Court to issue a scheduling order.