# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Connally, | No. C 07-05151 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Robert Louis Stevenson Plaza Association, | |
| Defendant(s). | |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _several phone calls from 5/22 - 7/1/08_.

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: _7/2/08_        _[signature]_

Mediator, Robin W. Siefkin
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

**Certification of ADR Session**
07-05151 WHA MED