1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900
   Attorneys for Plaintiffs
5
   PATRICK CONNALLY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 PATRICK CONNALLY, an individual; and )   **CASE NO. C07–5151-WHA**
   DISABILITY RIGHTS, ENFORCEMENT, )
   EDUCATION, SERVICES:HELPING YOU)       **STIPULATION OF DISMISSAL AND**
13 HELP OTHERS, a California public benefit )  **[PROPOSED] ORDER THEREON**
   corporation,                        )
14                                     )
          Plaintiffs,                  )
15                                     )
   v.                                  )
16                                     )
   ROBERT LOUIS STEVENSON PLAZA )
17 ASSOCIATION,                        )
                                       )
18        Defendant.                   )
   _____)
19

20      The parties, by and through their respective counsel, stipulate to dismissal of this action

21 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

22 Mutual Settlement Agreement and General Release ("Agreement") herein, each party is to bear

23 its own costs and attorneys' fees.  The parties further consent to and request that the Court

24 retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co.,

25 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

26 settlement agreements).

27 ///

28 ///

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4   This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: July 29, 2008                    THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

9                                        By:           /s/
                                              Thomas E. Frankovich
10                                       Attorneys for PATRICK CONNALLY and
                                         DISABILITY RIGHTS ENFORCEMENT,
11                                       EDUCATION SERVICES:HELPING YOU
                                         HELP OTHERS

13 Dated: July 28, 2008                   DICKENSON, PEATMAN & FOGARTY
14                                       *A PROFESSIONAL LAW CORPORATION*

16                                       By:           /s/
                                              Brandon R. Blevans
17                                       Attorneys for Defendant ROBERT LOUIS
                                         STEVENSON PLAZA ASSOCIATION

19                                       **ORDER**
20   IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22 the purpose of enforcing the parties' Mutual Settlement Agreement and General Release
23 should such enforcement be necessary.

25 Dated: _____, 2008

27                                       _____
                                         Honorable William H. Alsup
                                         UNITED STATES DISTRICT JUDGE
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                           -2-