1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   Attorneys for Plaintiffs
5
   PATRICK CONNALLY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11
   PATRICK CONNALLY, an individual; and )    **CASE NO. C07–5151-WHA**
12 DISABILITY RIGHTS, ENFORCEMENT,    )
   EDUCATION, SERVICES:HELPING YOU)           **STIPULATION OF DISMISSAL AND**
13 HELP OTHERS, a California public benefit )  ~~**[PROPOSED]**~~ **ORDER THEREON**
   corporation,                         )
14                                      )
            Plaintiffs,                 )
15                                      )
   v.                                   )
16                                      )
   ROBERT LOUIS STEVENSON PLAZA  )
17 ASSOCIATION,                         )
                                        )
18          Defendant.                  )
   _____ )
19

20      The parties, by and through their respective counsel, stipulate to dismissal of this action

21 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

22 Mutual Settlement Agreement and General Release ("Agreement") herein, each party is to bear

23 its own costs and attorneys' fees.  The parties further consent to and request that the Court

24 retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co.,

25 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

26 settlement agreements).

27 ///

28 ///

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action

2    through their designated counsel that the above-captioned action be and hereby is dismissed

3    with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7    Dated: July 29, 2008                    THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*
8

9                                            By:_____/s/_____
                                                     Thomas E. Frankovich
10                                           Attorneys for PATRICK CONNALLY and
                                             DISABILITY RIGHTS ENFORCEMENT,
11                                           EDUCATION SERVICES:HELPING YOU
                                             HELP OTHERS
12

13

14   Dated: July 28, 2008                    DICKENSON, PEATMAN & FOGARTY
                                              *A PROFESSIONAL LAW CORPORATION*
15

16                                           By:_____/s/_____
                                                     Brandon R. Blevans
17                                           Attorneys for Defendant ROBERT LOUIS
                                             STEVENSON PLAZA ASSOCIATION

18

19                                **ORDER**

20   IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

21   Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

22   the purpose of enforcing the parties' Mutual Settlement Agreement and General Release

23   should such enforcement be necessary.    The Court shall retain jurisdiction for one year.

24

25   Dated: ___August 1_____, 2008

26                                           IT IS SO ORDERED
                                             Judge William Alsup

27                                           _____
                                             Honorable William H. Alsup
28                                           UNITED STATES DISTRICT JUDGE